| 1 | NICHOLAS F. REYES, #102114 |
| | LAW OFFICES OF NICHOLAS F. REYES |
| 2 | 1107 R STREET |
| | FRESNO, CA 93721 |
| 3 | Telephone: 559-486-4500 |
| | Facsimile: 559-486-4533 |
| 4 | Email: nfreyeslaw@gmail.com |

Attorney for Defendant
HACEL ALFREDO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-213-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE BAIL REVIEW; ORDER THEREON |
| v. | |
| HACEL ALFREDO ALVAREZ, | |
| Defendant. | |

Defendant, HACEL ALFREDO ALVAREZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the Bail Review in the above-referenced case currently scheduled for Wednesday, December 5, 2018 at 2:00 p.m., before the Honorable Erica P. Grosjean, be continued to Monday, December 10, 2018 at 2:00 p.m. in the courtroom for the Honorable Sheila K. Oberto, Magistrate Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 12/04/18                     /s/ Nicholas F. Reyes
                                    NICHOLAS F. REYES
                                    Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 12/04/18 /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **December 4, 2018** /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE