1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   HACEL ALFREDO ALVAREZ

6

7               IN THE UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          CASE NO. 1:18-CR-213-DAD

10                        Plaintiff,   <u>STIPULATION AND ORDER TO</u>
                                       <u>MODIFY PRETRIAL RELEASE</u>
11  v.                                 <u>CONDITIONS</u>

12  HACEL ALFREDO ALVAREZ,

13                        Defendant.

14

15          Defendant, HACEL ALFREDO ALVAREZ, by and through his counsel of record,

16  NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

17  through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for

18  the Eastern District of California, hereby stipulate that defendant's Pretrial release conditions

19  be modified as follows:

20          WHEREAS, the parties are in agreement and request this Court approve the

21  following stipulation:

22          IT IS HEREBY STIPULATED:

23          Defendant, HACEL ALFREDO ALVAREZ, presently on pretrial release

24  conditions including a CURFEW restriction to his residence from 2:00 p.m. to

25  3:30 a.m.  shall now be modified for employment purposes to 8:00 p.m. to 5:00 a.m.

26

27  All other pretrial release conditions shall remain in effect.

28
                                    1

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 05/29/19

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated:05/29/19

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

**IT IS HEREBY ORDERED AS FOLLOWS:**

Defendant, HACEL ALFREDO ALVAREZ's pretrial release CURFEW will now be

8:00p.m. to 5:00a.m. All other pretrial conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **May 29, 2019**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE