NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
HACEL ALFREDO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HACEL ALFREDO ALVAREZ,<br><br>　　　　　　　Defendant. | CASE NO. 1:18-CR-00213 DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

   Defendant, HACEL ALFREDO ALVAREZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KAREN ESCOBAR, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Tuesday, August 18, 2020, at 9:00 a.m. be continued to Tuesday, September 28, 2020 at 9:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

   The continuance is necessary and good cause exists as counsel for Defendant requires additional time to submit a Sentencing Memorandum.  Counsel for Defendant suffered a head-on collision on July 27, 2020 and a loss of a family member on August 10, 2020.

///
///

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for August 18, 2020, at 9:00 a.m. be continued to September 28, 2020 at 9:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 08/13/2020

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 08/13/2020

/s/Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **August 13, 2020**

UNITED STATES DISTRICT JUDGE