McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-CR-00213-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING FOR PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| HACEL ALFREDO ALVAREZ, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Defendant Hacel Alfredo Alvarez, Nicholas F. Reyes, stipulate that the hearing on the United States' motion for preliminary order of forfeiture [ECF No. 38] presently set for Tuesday, August 18, 2020 at 9:00 a.m. be continued to Tuesday, September 28, 2020 at 9:00 a.m., before Honorable Dale A. Drozd.

The parties stipulate for the same reasons set forth in the stipulation to continue the sentencing hearing: defense counsel recently suffered a severe automobile accident and the loss of a family member three days ago. Moreover, in the interest of judicial economy, it would be judicially efficient to have the matter heard in conjunction with the sentencing on Tuesday, September 28, 2020.

///

///

STIPULATION TO CONTINUE MOTION HEARING FOR PRELIMINARY ORDER OF FORFEITURE        1

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Defendant hereby stipulate that the motion for preliminary order of forfeiture be heard on Tuesday, September 28, 2020, at 9:00 a.m.

Dated:       8/13/2020      , 2020        McGREGOR W. SCOTT
                                          United States Attorney


                                           /s/Karen Escobar
                                          KAREN A. ESCOBAR
                                          KEVIN C. KHASIGIAN
                                          Assistant United States Attorney


Dated:       8/13/2020      , 2020         /s/Nicholas Reyes
                                          NICHOLAS F. REYES
                                          Attorney for Defendant
                                          Hacel Alfredo Alvarez


**ORDER**

IT IS SO ORDERED.

Dated:   **August 14, 2020**          _____
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE MOTION HEARING FOR        2
PRELIMINARY ORDER OF FORFEITURE