McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HACEL ALFREDO ALVAREZ,<br><br>                    Defendant. | CASE NO. 1:18-CR-00213-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

     Based upon the entry of a guilty plea and the forfeiture brief filed by the United States, and for the reasons stated at bar, it is hereby ORDERED, ADJUDGED and DECREED:

     1.     Pursuant to 21 U.S.C. § 853(a), defendant Hacel Alfredo Alvarez's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

          a.     Real property located at 2610 Cleveland Way, Bakersfield, California, Kern County, APN: 147-170-17.

     2.     The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1), as represented in the Factual Basis of the defendant's plea agreement. [ECF No. 32]

     3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S.

1  Customs and Border Protection in its secure custody and control.

2      4.    a.    Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall
3  publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a
4  designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be
5  posted for at least 30 consecutive days on the official internet government forfeiture site
6  www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice
7  to any person known to have alleged an interest in the property that is the subject of the order of
8  forfeiture as a substitute for published notice as to those persons so notified.

9      b.    This notice shall state that any person, other than the defendant, asserting a legal
10 interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
11 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
12 within thirty (30) days from receipt of direct written notice, whichever is earlier.

13     5.    The United States is authorized to conduct appropriate discovery and to conduct any
14 necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who
15 may have an interest in the property forfeited herein.

16     6.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court
17 will enter a Final Order of Forfeiture pursuant 21 U.S.C. § 853(a), in which all interests will be
18 addressed.

IT IS SO ORDERED.

Dated: __November 16, 2020__        _Dale A. Drozd_
                                                   UNITED STATES DISTRICT JUDGE