NICHOLAS F. REYES, #102114
Attorney at Law
1107 R Street
Fresno, California 93721
Telephone: 559-486-4500
Fascimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
HACEL ALFREDO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-213-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING ANCILLARY HEARING |
| v. | DATE: February 1, 2021 |
| HACEL ALFREDO ALVAREZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Dale A. Drozd |
| REAL PROPERTY LOCATED AT 2160 CLEVELAND WAY, BAKERSFIELD, CA APN: 147-170-17 | |
| Real Property in Interest | |
| BIANCA BERNICE CHAVEZ-BRACHO, | |
| Petitioner, | |
| DIMAS ALVAREZ, | |
| Petitioner, | |

**STIPULATION**

Petitioners BIANCA BERNICE CHAVEZ-BRACHO and DIMAS ALVAREZ, by

and through their counsel of record, NICHOLAS F. REYES, Petitioner M&T Bank, by and through

counsel of record, DAVID LIU, and Plaintiff, UNITED STATES OF AMERICA, by and through its

STIPULATION REGARDING ANCILLARY
HEARING

1

1   attorneys of record, KAREN ESCOBAR, and KEVIN C. KHASIGIAN, Assistant United States

2   Attorneys for the Eastern District of California, hereby stipulate as follows:

3          Plaintiff United States of America, by and through its counsel of record, and Petitioners, by and

4   through Petitioners' counsel of record, hereby stipulate as follows:

5          1.      By previous order, this matter was set for an ancillary hearing on February 1, 2021.

6          2.      By this stipulation, defendant now moves to continue the hearing to March 29, 2021, at

7   10:00 .a.m..

8          3.      The parties do not agree, however, that a hearing is necessary.

9          4.      The parties agree that, should the Court find a hearing is necessary, the matter shall be

10  calendared for a hearing on March 29, 2021.

11         5.      The parties also agree that defense counsel shall file his response to the government's

12  motion to dismiss (Doc. 59) on or before February 15, 2021.

13         6.      The parties agree that the government shall file its reply, if any, on or before March 8,

14  2021. IT IS SO STIPULATED.

15

16   Dated:  January 25, 2021                          /s/ NICHOLAS F. REYES
                                                        NICHOLAS F. REYES
17                                                      Counsel for Defendant
                                                        HACEL ALFREDO ALVAREZ
18

19   Dated:  January 25, 2021

20                                                      /s/ KAREN A. ESCOBAR
                                                        KAREN A. ESCOBAR
21                                                      KEVIN C. KHASIGIAN
                                                        Assistant United States
22                                                      Attorneys

23

24  Dated: January 25, 2021                            /s/ DAVID LIU
                                                        Attorney for Petitioner
25                                                      M&T BANK

26

27

28

STIPULATION REGARDING ANCILLARY              2
HEARING

1

**ORDER**

2        Pursuant to the parties' stipulation, the ancillary hearing in this matter is continued to March 29,

3    2021, at 10:00 .a.m..

4    IT IS SO ORDERED.

5        Dated:    **January 26, 2021**

6                                                UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING ANCILLARY                    3
HEARING