PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00213-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINES |
| v. | |
| HACEL ALFREDO ALVAREZ, | |
| Defendant. | |

The United States of America through its undersigned counsel, Karen A. Escobar and Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioners Dimas Alvarez and Bianca Bernice Chavez-Bracho, Nicholas F. Reyes, stipulate to extend the opposition and reply deadline set forth in the parties' January 26, 2021, stipulation (Doc. 61). The parties stipulate that the petitioners' response to the dismissal motion (Doc. 59) is extended from February 15, 2021, to February 16, 2021. The United States' reply filing deadline shall be extended from March 8, 2021, to on or before March 24, 2021.

The parties stipulate to the extension on account of the press of business and conflicting filing deadlines.

The ancillary hearing is presently set for March 31, 2021, at 9:00 a.m. before this Court.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the Petitioners' response papers are due on February 16, 2021,

and the United States' reply papers are due by March 24, 2021.

| | |
|---|---|
| Dated:  March 17, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  March 16, 2021 | /s/ Nicholas F. Reyes<br>NICHOLAS F. REYES<br>Attorney for Petitioners<br>Dimas Alvarez and Bianca Bernice Chavez-Bracho<br>(As approved by email on 3/16/2021) |

**ORDER**

IT IS SO ORDERED.

Dated:  **March 17, 2021**

_____
UNITED STATES DISTRICT JUDGE