| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|  | Acting United States Attorney |
| 2 | KAREN A. ESCOBAR |
|  | ALYSON A. BERG |
| 3 | Assistant United States Attorneys |
|  | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|  | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00213-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ANCILLARY HEARING RE BIANCA BERNICE BRACHO-CHAVEZ AND SUPPLEMENTAL BRIEFING |
| v. | |
| HACEL ALFREDO ALVAREZ, | |
| Defendant. | |

The United States of America through its undersigned counsel, Karen A. Escobar and Alyson A. Berg, Assistant United States Attorneys, and counsel for Petitioner Bianca Bernice Chavez-Bracho, Nicholas F. Reyes, stipulate to continue the ancillary hearing present set for Monday, April 19, 2021, at 1:30 p.m. to Tuesday, June 1, 2021, at 1:30 p.m.

At the hearing on the United States' motion to dismiss held Wednesday, March 31, 2021 at 9:00 a.m., this Court ordered petitioner to provide the Court with supplemental briefing establishing petitioner Bracho-Chavez's alleged legal right, title, or interest in the real property located at 2610 Cleveland Way, Bakersfield, California (hereafter the "Subject Property"), and then establishing the existence of community property payments toward the mortgage secured against the Subject Property. The parties stipulate that the petitioners' supplemental briefing is continued from April 12, 2021, to May 18, 2021. The United States' reply papers shall be due on or before May 27, 2021.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ANCILLARY HEARING RE BIANCA BERNICE BRACHO-CHAVEZ AND SUPPLEMENTAL BRIEFING

1

The parties stipulate to the continuance on account of the press of business.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the ancillary hearing shall be set for Tuesday, June 1, 2021, at 1:30 p.m. before Honorable District Judge Dale A. Drozd.

Petitioner's supplemental briefing is due on May 18, 2021, and the United States' reply papers are due by or before May 27, 2021.

Dated:  April 14, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney


                                           /s/ Alyson A. Berg
                                          KAREN A. ESCOBAR
                                          ALYSON A. BERG
                                          Assistant United States Attorneys



Dated:  April 14, 2021                     /s/ Nicholas F. Reyes
                                          NICHOLAS F. REYES
                                          Attorney for Petitioner
                                          Bianca Bernice Chavez-Bracho
                                          (Signature approved by email on 4/14/21)


### **ORDER**

The ancillary hearing set for April 19, 2021, is continued to June 1, 2021, at 1:30 p.m. Petitioner's supplemental briefing is due on May 18, 2021, and the United States' reply due May 27, 2021.

IT IS SO ORDERED.

Dated:  **April 14, 2021**                 _Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE