PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00213-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| HACEL ALFREDO ALVAREZ, | |
| Defendant. | |

On November 16, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Hacel Alfredo Alvarez in the following property:

    a. Real property located at 2610 Cleveland Way, Bakersfield, California, Kern County, APN: 147-170-17.

Beginning on December 1, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice to Bianca Bernice Chavez-Bracho and M&T Bank.

///

///

On January 4, 2021, Bianca Bernice Chavez-Bracho and Dimas Alvarez filed an ancillary petition which claimed an ownership interest in the real property located at 2610 Cleveland Way, Bakersfield, California, Kern County, APN: 147-170-17.  On January 15, 2021, M&T Bank, as attorney in fact for Lakeview Loan Servicing, LLC filed an ancillary petition which claimed a lienholder interest in the real property located at 2610 Cleveland Way, Bakersfield, California, Kern County, APN: 147-170-17.

The Court dismissed the ancillary petition of Bernice Chavez-Bracho and Dimas Alvarez.

The Court has been advised that no other third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is entered forfeiting to the United States of America all right, title, and interest in the real property located at 2610 Cleveland Way, Bakersfield, California, Kern County, APN: 147-170-17 pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Hacel Alfredo Alvarez, Bianca Bernice Chavez-Bracho, and Dimas Alvarez.  The interests of Hacel Alfredo Alvarez, Bianca Bernice Chavez-Bracho, and Dimas Alvarez are hereby extinguished.

2. Pursuant to the Stipulation for Expedited Settlement approved by the Court on July 28, 2021, regarding the real property located at 2610 Cleveland Way, Bakersfield, California, Assessor's Parcel Number 147-170-17 (hereafter "Subject Property") and more fully described as follows:

> PARCEL 4 OF PARCEL MAP 4146 IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED MAY 19, 1977 IN BOOK 18, PAGE 103 OF PARCEL MAPS, AND AMENDED OCTOBER 11, 1977, IN BOOK 19, PAGE 100, OF PARCEL MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

the U.S. Customs and Border Protection shall pay Petitioner M&T Bank, as attorney in fact for Lakeview Loan Servicing, LLC (hereafter "Lienholder") from the proceeds of the sale, after payment of outstanding taxes and expenses incurred by the U.S. Customs and Border Protection in connection with its custody and sale of the subject property, the following:

a. All unpaid principal due to Lienholder under the Promissory Note dated June 16, 2009, in the original principal amount of $98,188.00, which is secured by a Deed

of Trust dated June 16, 2009, recorded on June 25, 2009, as instrument number 0209092228 of the Official Records of Kern County, California. As of June 9, 2021, the principal amount owed to Lienholder pursuant to the Note was $78,611.52.

  b. Lienholder acquired all interest in the loan, including the Deed of Trust and the Note, in good faith and without any knowledge or notice of criminal conduct giving rise to the forfeiture. On January 7, 2021, Mortgage Electronic Registration Systems, Inc., as nominee and beneficiary under the Deed of Trust, assigned all beneficial rights under the Deed of Trust to Lakeview.

  c. All unpaid interest due as of the date of the closing of the sale of the Subject Property at the contractual (not default) rate under the above-referenced Note and Deed of Trust until the date of payment.

  d. All fees, costs, and advances, including but not limited to reasonable attorney fees, prepayment fees, taxes and hazard insurance as provided under the terms of the Note and Deed of Trust.

  e. The exact amount to be paid to Lienholder shall be determined at the time of payment, but shall not be less than the amounts set forth above.

3. Payment to Lienholder shall be in full settlement and satisfaction of all claims by Lienholder to the Subject Property alleged for forfeiture by the United States on or about February 1, 2019, and of all claims arising from and relating to the seizure, detention, and forfeiture of the Subject Property. The payment to Lienholder shall not include any penalty payments, including any prepayment penalties.

4. Sale of the real property located at 2610 Cleveland Way, Bakersfield, California, Assessor's Parcel Number 147-170-17 is subject to the terms of 21 U.S.C. § 853(h).

5. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

1   6. The U.S. Customs and Border Protection shall maintain custody of and control over the
2   Subject Property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __September 16, 2021__   __/s/ Dale A. Drozd__
                                UNITED STATES DISTRICT JUDGE