HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
First Assistant Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
HACEL ALFREDO ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HACEL ALFREDO ALVAREZ,<br><br>Defendant. | Case No. 1:18-cr-00213 DAD-BAM-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  Hon. Dale A. Drozd |

Defendant, HACEL ALFREDO ALVAREZ, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision").  *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On November 16, 2020, this Court sentenced Mr. Alvarez to a term of 120 months;

4. Mr. Alvarez's total offense level was 33, his criminal history category was I (based on him having zero criminal history points), and the resulting guideline range was 135 to 168 months.  The Court was not bound to the statutory mandatory minimum term of imprisonment for the reasons stated in Section II of the Statement of Reasons;

5. The sentencing range applicable to Mr. Alvarez was subsequently lowered by the zero-point provision;

6. Mr. Alvarez is eligible for a reduction in sentence, which reduces his total offense level by 2 from 33 to 31, and his amended advisory guideline range is reduced to 108 to 135 months;

7. Because Mr. Alvarez is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Alvarez's term of imprisonment to 108 months, effective 10 days from the date of the amended judgment.  If the amount of time served as of the effective date of the Court's Order exceeds 108 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.[1]

8. Based on the Federal Bureau of Prison's website, Mr. Alvarez's current projected release date is April 9, 2028.

9. <u>United States' statement regarding its stipulation</u>[2]:  The United States enters into this stipulation after reviewing the Presentence Investigation Report, Statement of Reasons ("SOR"), Judgment, defendant's Bureau of Prisons ("BOP") disciplinary record, and after consultation with the prosecuting Assistant United States Attorney.

---

[1] This 10-day period is requested by the Bureau of Prisons to perform its statutory duties and release planning.

[2] This statement is provided by the United States and is not part of the parties' stipulation.

1  The defendant was convicted of possession with intent to distribute methamphetamine and heroin, in violation of 21 U.S.C. § 841(a)(1). At sentencing, the Court imposed a downward variance over the government's objection based on the section 3553(a) factors, including defendant's employment record, pre-sentence rehabilitation, family ties and responsibilities, education, and lack of criminal history. SOR at 3. Records obtained from BOP show the defendant has not sustained any disciplinary incidents during his time in custody.

Respectfully submitted,

Dated: June 25, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 25, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Peggy Sasso*
PEGGY SASSO
First Assistant Defender

Attorneys for Defendant
HACEL ALFREDO ALVAREZ

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Alvarez is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2020 is reduced to a term of 108 months, effective 10 days from the date of the amended judgment.  If the amount of time served as of the effective date of the Court's Order exceeds 108 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

IT IS FURTHER ORDERED that all the terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Alvarez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **July 3, 2024**                                   _____
                                                                                    UNITED STATES DISTRICT JUDGE