AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:18-cr-00213-DAD-BAM   Document 89   Filed 07/03/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:18-CR-00213-DAD-BAM-1 |
| HACEL ALFREDO ALVAREZ | ) | |
| | ) | USM No: 77618-097 |
| Date of Original Judgment: 11/16/2020 | ) | |
| Date of Previous Amended Judgment: | ) | PEGGY SASSO |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 108 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/18/2020 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 7/03/2024

*Judge's signature*

Effective Date: Ten days from the date of this order.

Dale A. Drozd
United States District Judge

*(if different from order date)*   *Printed name and title*